DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANN MARIE LIVERMAN,**
Appellant,

v.

**DAVID A. TYREE,**
**AS TRUSTEE OF THE 2148 LAND TRUST,**
Appellee.

No. 4D18-510

[April 4, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 17-11855 (25).

Scott C. Gherman of Scott C. Gherman, P.A., Boca Raton, for appellant.

Robert C. Meyer of Robert C. Meyer, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***